UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **NUBY ASIA PACIFIC LIMITED, ET AL.** | **CIV. ACTION NO. 3:24-00468** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NEW VALMAR B V, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, together with the Objection [Doc. No. 15] filed by Defendants New Valmar BV and Francois de Vriendt, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED. ADJUDGED, AND DECREED** that the above-captioned cause be **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana for lack of subject matter jurisdiction.

MONROE, Louisiana, this 20th day of May 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE